Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LTD.,<br><br>    Petitioner,<br><br>v.<br><br>ANTRIX CORP. LTD.,<br><br>    Respondents. | No. 2:18-cv-01360-TSZ<br><br>**JOINT STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE ON RESPONDENT'S MOTION TO DISMISS [DKT 13]** |

The parties respectfully request extension of the briefing schedule for Respondent Antrix Corp. Ltd.'s Motion to Dismiss and Opposition to Confirm Foreign Arbitral Award (Dkt 13) as follows:

| Event | Current Deadline | *Proposed* Deadline |
|---|---|---|
| Petitioner Devas' Opposition | December 10, 2018 | December 21, 2018 |
| Respondent Antrix's Reply | December 14, 2018 | January 14, 2019 |

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING
SCHEDULE ON DKT. 13 - 1
(NO. 2:18-CV-01360-TSZ)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

STIPULATED and AGREED TO this 28th day of November, 2018.

**Davis Wright Tremaine LLP**

By: *s/ Steven P. Caplow*
Steven P. Caplow, WSBA #19843
920 Third Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 757-8018
Fax: (206) 757-7018
E-mail: stevencaplow@dwt.com

**Skadden, Arps, Slate, Meagher & Flom, LLP**

Elizabeth A. Hellmann, *pro hac vice*
Tel: (212) 735-2590
Fax: (917) 777-2590
Email: Betsy.hellmann@skadden.com

*Attorneys for Devas Multimedia Private Ltd.*

**Hillis Clark Martin & Peterson P.S.**

By: *s/ Louis D. Peterson*
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
999 Third Ave., Ste. 4600
Seattle, WA 98104
Email: lou.peterson@hcmp.com
       brian.free@hcmp.com

Joseph D. Pizzurro (*pro hac vice*)
Kevin A. Meehan (*pro hac vice*)
101 Park Avenue
New York, NY 10178
Email: jpizzurro@curtis.com
       kmeehan@curtis.com

*Attorneys for Respondent Antrix Corp. Ltd.*

## **ORDER**

IT IS SO ORDERED. The motion, docket no. 13, is renoted to January 14, 2019.

DATED this 28th day of November, 2018.

_____
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND BRIEFING
SCHEDULE ON DKT. 13 - 2
(NO. 2:18-CV-01360-TSZ)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax