1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9

10

11

12

DEVAS MULTIMEDIA PRIVATE
LTD.,

Petitioner,

v.

ANTRIX CORP. LTD.,

Respondent.

C18-1360 TSZ

MINUTE ORDER

13

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14

15

16

17

(1)     The Court exercises its discretion under the New York Convention and
declines to require Respondent Antrix Corp. LTD. to post security during the stay
imposed on April 16, 2019. *See, e.g.*, *Stati v. Republic of Kazakhstan*, 199 F. Supp. 3d
179, 193 n.7 (D.D.C. 2016). *See also Thai-Lao Lignite (Thailand) Co., Ltd. v.
Government of the Lao People's Democratic Republic*, 864 F.3d 172 (2d Cir. 2017).  The
Court may revisit the matter after April 15, 2020, depending on the status of the litigation
in India.

18

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

19

Dated this 10th day of July, 2019.

20

21

William M. McCool
Clerk

22

s/Karen Dews
Deputy Clerk

23

MINUTE ORDER - 1