UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVAS MULTIMEDIA PRIVATE LTD.,

        Plaintiff,

v.

ANTRIX CORP. LTD.,

        Defendant.

C18-1360 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties, docket no. 35, and the Court's Minute Order, docket no. 28, the parties' joint status report regarding the litigation in India and whether the Court should lift or extend the stay shall be filed on or before June 15, 2020.

(2) The stay of this case is EXTENDED pending further order of the Court.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of April, 2020.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1