The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LTD., <br><br> Petitioner, <br><br> v. <br><br> ANTRIX CORP. LTD., <br><br> Respondents. | No. 2:18-cv-01360-TSZ <br><br> **JOINT STIPULATED MOTION AND ORDER FOR PARTIES TO EXTEND DEADLINE TO SUBMIT JOINT STATUS REPORT** |

In accordance with the Court's April 3, 2020 Minute Order (Dkt. 36), the parties are required to file a joint status report regarding the litigation in India and whether the Court should lift or extend the stay on or before June 15, 2020.

The parties previously agreed to an adjournment of two months, in view of the impact of the COVID-19 crisis in the United States and India.  The parties respectfully request a further 30-day extension, until Thursday, July 16, 2020, for the filing of the joint status report, without prejudice to either party's right to make such observations on the stay (or the COVID-19 situation) as may be appropriate at that time.

STIPULATED and AGREED TO this 11th day of June, 2020.

**Davis Wright Tremaine LLP**

By: *s/ Steven P. Caplow*
Steven P. Caplow, WSBA #19843
920 Third Avenue, Suite 3300
Seattle, WA 98104-1610
Tel:  (206) 757-8018
Fax:  (206) 757-7018

**Hillis Clark Martin & Peterson P.S.**

By:  *s/ Louis D. Peterson*
Louis D. Peterson, WSBA #5776
Brian C. Free, WSBA #35788
999 Third Ave., Ste. 4600
Seattle, WA 98104
Tel:  (206) 623-1745

STIPULATED MOTION AND ORDER TO EXTEND JOINT STATUS REPORT DEADLINE [DKT. 36] - 1
(NO. 2:18-CV-01360-TSZ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

E-mail: stevencaplow@dwt.com

**Skadden, Arps, Slate, Meagher & Flom, LLP**

Elizabeth A. Hellmann, *pro hac vice*
Tel: (212) 735-2590
Fax: (917) 777-2590
Email: Betsy.hellmann@skadden.com

*Attorneys for Devas Multimedia Private Ltd.*

Fax: (206) 623-7789

Email: lou.peterson@hcmp.com
   brian.free@hcmp.com

Joseph D. Pizzurro (*pro hac vice*)
Kevin A. Meehan (*pro hac vice*)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6196
Fax: (917) 368-8996
Email: jpizzurro@curtis.com
   kmeehan@curtis.com

*Attorneys for Respondent Antrix Corp. Ltd.*

## ORDER

IT IS SO ORDERED.

DATED this 12th day of June, 2020.

Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND JOINT
STATUS REPORT DEADLINE [DKT. 36] - 2
(NO. 2:18-CV-01360-TSZ)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax