UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVAS MULTIMEDIA PRIVATE LTD.,

Petitioner,

v.

ANTRIX CORP. LTD.,

Respondent.

C18-1360 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Joint Status Report, docket no. 39, is treated as a motion to lift the stay or, in the alternative, require respondent to post a bond. The motion is NOTED for September 4, 2020. On or before the noting date, the parties may file supplemental briefs, not to exceed ten (10) pages in length per side, in support of or in opposition to the motion.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of August, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1