UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LTD., <br><br> Petitioner, <br><br> v. <br><br> ANTRIX CORP. LTD., <br><br> Respondent. | C18-1360 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS a telephone conference call for today, Tuesday, February 23, 2021, at 4:00 p.m. The Court's staff will be in contact with counsel to provide a conference call number and access code. The parties should be prepared to discuss whether the Court "lacks authority to grant [the pending motion(s)] because of an appeal that has been docketed and is pending." Fed. R. Civ. P. 62.1; *see also* Fed. R. App. P. 12.1(a).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1