UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LTD., <br><br> Petitioner, <br><br> v. <br><br> ANTRIX CORP. LTD., <br><br> Respondent. | C18-1360 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having deferred Intervenor Devas Multimedia America Inc.'s Motion, docket no. 65, to substitute Devas Multimedia Private Ltd. as Petitioner, *see* Order (docket no. 76), the Motion to Substitute is hereby RENOTED to March 19, 2021. Any response, which shall not exceed twelve (12) pages in length, shall be filed with the Court and served by March 15, 2021. Any reply, which shall not exceed six (6) pages in length, shall be filed and served by the noting date, March 19, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to proposed intervenor M. Jayakumar via email addressed to ol-bangalore-mca@nic.in.

Dated this 26th day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1