Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LTD., <br><br>Petitioner, <br><br>and <br><br>DEVAS MULTIMEDIA AMERICA, INC., DEVAS EMPLOYEES MAURITIUS PRIVATE LIMITED, TELCOM DEVAS MAURITIUS LIMITED, and CC/DEVAS (MAURITIUS) LTD., <br><br>Intervenors. <br><br>v. <br><br>ANTRIX CORP. LTD, <br><br>Respondent. | CASE NO. 2:18-cv-1360-TSZ <br><br>**STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITATIONS ON MOTIONS TO COMPEL AND FOR PROTECTIVE ORDER** |

STIPULATED MOTION & ORDER RE BRIEFING SCHEDULE
AND PAGE LIMITATIONS ON MOTIONS
NO. 2:18-CV-01360-TSZ

MATTHEW D. MCGILL
GIBSON, DUNN & CRUTCHER LLP
1050 CONNECTICUT AVE NW
WASHINGTON, DC 20036

## I. STIPULATED MOTION

WHEREAS, Petitioner Devas Multimedia Private Ltd. ("Devas") filed a petition to confirm a foreign arbitral award in this Court against Respondent Antrix Corp. Ltd. ("Antrix") on September 13, 2018. (Dkt. # 1).

WHEREAS, this Court granted Devas's petition to confirm a foreign arbitral award and issued judgment against Antrix on November 4, 2020. (Dkt. #s 49, 52).

WHEREAS, Devas Multimedia America, Inc., CC/Devas (Mauritius) Ltd., Devas Employees Mauritius Private Limited, and Telcom Devas Mauritius Limited (collectively "Intervenors"), asked this Court to intervene in this case on February 24, 2021. (Dkt. #s 64, 65).

WHEREAS, this Court granted Intervenors' motions to intervene on February 24, 2021. (Dkt. # 76).

WHEREAS, Intervenors served post-judgment discovery requests on Antrix on May 25, 2021.

WHEREAS, counsel for Antrix and counsel for Intervenors subsequently met and conferred, but were unable to resolve ensuing discovery disputes.

WHEREAS, both counsel for Antrix and for Intervenors agree that it is in the interest of judicial efficiency for there to be a uniform date for the parties to file and respond to motions to compel and for a protective order.

WHEREAS, in light of the parties' agreement to forego reply briefs and given the issues involved, both counsel for Antrix and for Intervenors respectfully request an extension of the page limit per motion or opposition to no more than twenty pages.

2

STIPULATED MOTION & ORDER RE BRIEFING SCHEDULE
AND PAGE LIMITATIONS ON MOTIONS
NO. 2:18-CV-01360-TSZ

MATTHEW D. MCGILL
GIBSON, DUNN & CRUTCHER LLP
1050 CONNECTICUT AVE NW
WASHINGTON, DC 20036

NOW THEREFORE, Intervenors and Antrix, by their respective counsel of record, HEREBY MOVE THE COURT TO GRANT THE FOLLOWING STIPULATION:

1. Intervenors' deadline to file a motion to compel discovery shall be July 6, 2021.
2. Antrix's deadline to file a motion for a protective order shall be July 6, 2021.
3. Intervenors' deadline to file any opposition to the motion for a protective order shall be July 16, 2021.
4. Antrix's deadline to file any opposition to the motion to compel discovery shall be July 16, 2021.
5. Neither party shall be permitted to file any reply brief in further support of its motion.
6. Briefs in support of each motion and opposition shall not exceed twenty (20) pages.
7. Both motions shall be noted for the Court's consideration on July 16, 2021.

IT IS SO STIPULATED.   Dated: July 1, 2021

3

STIPULATED MOTION & ORDER RE BRIEFING SCHEDULE
AND PAGE LIMITATIONS ON MOTIONS
NO. 2:18-CV-01360-TSZ

MATTHEW D. MCGILL
GIBSON, DUNN & CRUTCHER LLP
1050 CONNECTICUT AVE NW
WASHINGTON, DC 20036

By: s/ Matthew D. McGill
MATTHEW D. MCGILL*
ANKITA RITWIK*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Phone: 202.887.3680
mmcgill@gibsondunn.com

ANNE CHAMPION*
LEE R. CRAIN*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Phone: 212.351.5361
achampion@gibsondunn.com

MALAIKA EATON, WSBA NO. 32837
MCNAUL EBEL NAWROT & HELGREN PLLC
One Union Square
600 University Street, Suite 2700
Seattle, WA 98101
Phone: 206.389.9331
meaton@mcnaul.com

*Admitted pro hac vice*

*Counsel for Intervenors Devas Multimedia America, Inc., CC/Devas (Mauritius) Ltd., Devas Employees Mauritius Private Limited, and Telcom Devas Mauritius Limited*

By: s/ Louis D. Peterson
LOUIS D. PETERSON, WSBA No. 5776
BRIAN C. FREE, WSBA No. 35788
HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
(206) 623-1745
lou.peterson@hcmp.com
brian.free@hcmp.com

JOSEPH D. PIZZURRO*
KEVIN A. MEEHAN*
CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP
101 Park Avenue

4

STIPULATED MOTION & ORDER RE BRIEFING SCHEDULE
AND PAGE LIMITATIONS ON MOTIONS
NO. 2:18-CV-01360-TSZ

MATTHEW D. MCGILL
GIBSON, DUNN & CRUTCHER LLP
1050 CONNECTICUT AVE NW
WASHINGTON, DC 20036

New York, New York 10178
(212) 696-6000
jpizzurro@curtis.com
kmeehan@curtis.com

*Admitted pro hac vice*

*Counsel for Respondent Antrix Corp. Ltd*

5

STIPULATED MOTION & ORDER RE BRIEFING SCHEDULE
AND PAGE LIMITATIONS ON MOTIONS
NO. 2:18-CV-01360-TSZ

MATTHEW D. MCGILL
GIBSON, DUNN & CRUTCHER LLP
1050 CONNECTICUT AVE NW
WASHINGTON, DC 20036

## II. ORDER

The Court has considered the foregoing stipulated motion related to filing deadlines and page lengths and having reviewed this motion, the Court hereby orders:

1. Intervenors' deadline to file a motion to compel discovery shall be July 6, 2021.

2. Antrix's deadline to file a motion for a protective order shall be July 6, 2021.

3. Intervenors' deadline to file any opposition to the motion for a protective order shall be July 16, 2021.

4. Antrix's deadline to file any opposition to the motion to compel discovery shall be July 16, 2021.

5. Neither party shall be permitted to file any reply brief in further support of its motion.

6. All motions and oppositions shall not exceed twenty (20) pages.

7. Both motions shall be noted for the Court's consideration on July 16, 2021.

IT IS SO ORDERED.

Dated this 1st day of July, 2021.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

6
STIPULATED MOTION & ORDER RE BRIEFING SCHEDULE
AND PAGE LIMITATIONS ON MOTIONS
NO. 2:18-CV-01360-TSZ

MATTHEW D. MCGILL
GIBSON, DUNN & CRUTCHER LLP
1050 CONNECTICUT AVE NW
WASHINGTON, DC 20036

| | |
|---|---|
| 1 | |
| 2 | Presented by: |
| 3 | By: s/ Matthew D. McGill |
| 4 | MATTHEW D. MCGILL* |
|   | ANKITA RITWIK* |
| 5 | GIBSON, DUNN & CRUTCHER LLP |
|   | 1050 Connecticut Avenue, N.W. |
| 6 | Washington, DC 20036 |
| 7 | Phone: 202.887.3680 |
|   | mmcgill@gibsondunn.com |

7

STIPULATED MOTION & ORDER RE BRIEFING SCHEDULE
AND PAGE LIMITATIONS ON MOTIONS
NO. 2:18-CV-01360-TSZ

MATTHEW D. MCGILL
GIBSON, DUNN & CRUTCHER LLP
1050 CONNECTICUT AVE NW
WASHINGTON, DC 20036

| | |
|---|---|
| 1 | ANNE CHAMPION* |
| 2 | LEE R. CRAIN* |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 3 | 200 Park Avenue |
|   | New York, NY 10166 |
| 4 | Phone: 212.351.5361 |
| 5 | achampion@gibsondunn.com |

MALAIKA EATON, WSBA NO. 32837
MCNAUL EBEL NAWROT & HELGREN PLLC
One Union Square
600 University Street, Suite 2700
Seattle, WA 98101
Phone: 206.389.9331
meaton@mcnaul.com

*Admitted pro hac vice*

*Counsel for Intervenors Devas Multimedia America, Inc., CC/Devas (Mauritius) Ltd., Devas Employees Mauritius Private Limited, and Telcom Devas Mauritius Limited*

By: s/ Louis D. Peterson
LOUIS D. PETERSON, WSBA No. 5776
BRIAN C. FREE, WSBA No. 35788
HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, Washington 98104
(206) 623-1745
lou.peterson@hcmp.com
brian.free@hcmp.com

JOSEPH D. PIZZURRO*
KEVIN A. MEEHAN*
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000
jpizzurro@curtis.com
kmeehan@curtis.com

*Admitted pro hac vice*

*Counsel for Respondent Antrix Corp. Ltd*

STIPULATED MOTION & ORDER RE BRIEFING SCHEDULE
AND PAGE LIMITATIONS ON MOTIONS
NO. 2:18-CV-01360-TSZ

MATTHEW D. MCGILL
GIBSON, DUNN & CRUTCHER LLP
1050 CONNECTICUT AVE NW
WASHINGTON, DC 20036