UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LTD.,<br><br>        Petitioner,<br><br>and<br><br>DEVAS MULTIMEDIA AMERICA, INC.; DEVAS EMPLOYEES MAURITIUS PRIVATE LIMITED; TELCOM DEVAS MAURITIUS LIMITED; and CC/DEVAS (MAURITIUS) LTD.,<br><br>        Intervenor-Petitioners,<br>v.<br><br>ANTRIX CORP. LTD.,<br><br>        Respondent. | C18-1360 TSZ<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Intervenors' unopposed motion, docket no. 139, to compel document production is GRANTED.  Non-party Spaceflight, Inc. shall produce documents pursuant to agreed-upon requests for production served pursuant to a subpoena, notwithstanding Spaceflight, Inc.'s confidentiality provisions with NewSpace India Ltd.

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record and counsel for Spaceflight, Inc.

Dated this 15th day of November, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2