THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVAS MULTIMEDIA PRIVATE LTD.,

Petitioner,

DEVAS MULTIMEDIA AMERICA, INC.;
DEVAS EMPLOYEES MAURITIUS
PRIVATE LIMITED; TELCOM DEVAS
MAURITIUS LIMITED; and CC/DEVAS
(MAURITIUS) LTD.,

Intervenors,

v.

ANTRIX CORP. LTD.,

Respondent.

No. 2:18-cv-01360-TSZ

**RESPONDENT'S STIPULATED
MOTION AND ORDER FOR
EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b) and LCR 7(d)(1), 7(j) and 10(g),

Antrix Corp. Ltd. submits this stipulated motion for a sixty-day extension up to and including

September 16, 2022, for Antrix to sit for the Rule 30(b)(6) deposition ordered by this Court in

its May 18, 2022 order.  Dkt. No. 182 at 3.

*RESPONDENT'S STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME: NO 2:18-CV-01360-TSZ - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745

## I. Stipulation

Whereas, on May 18, 2022, this Court granted Intervenors' motion to compel a Rule 30(b)(6) deposition of Antrix. The Court ordered the deposition to take place in the United States within sixty days of that order, *i.e.*, by July 18, 2022.  Dkt. No. 182 at 3; *see also* Federal Rule 6(a)(1)(C) (when the period to comply with a court order is stated in days and the period ends on a weekend, the period continues to run until the end of the next business day).

Whereas, Antrix represented that it had designated Chinmoy Roy, junior legal officer, as its corporate representative to sit for the Rule 30(b)(6) deposition. Mr. Roy is an Indian national, and he needs a visa to enter the United States lawfully. Mr. Roy was attempting to obtain a visa, but the visa process was subject to delays. Mr. Roy was able to obtain an expedited visa appointment for July 10 and 11, 2022 (the process involved two days), and he attended his appointment.

Whereas, in light of the delays in processing the visa, on July 5, 2022, Antrix requested that Intervenors agree to an extension of the time for the deposition to take place. Intervenors agreed to the extension provided that Antrix agree on a date for the deposition, such as the week of September 12, 2022. On July 13, 2022, Antrix agreed to schedule the deposition for the week of September 12, 2022. This morning, July 19, 2022, Mr. Roy informed counsel for Antrix that he received his visa today. Declaration of Juan O. Perla, dated July 19, 2022, filed concurrently herewith.

*RESPONDENT'S STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME: NO 2:18-CV-01360-TSZ - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745

1    Accordingly, Antrix submits that it has shown good cause for an extension of the

2  Court's July 18, 2022 deadline and therefore Antrix and Intervenors stipulate and request that

3
   the Court should enter a sixty-day extension up to and including September 16, 2022, for
4
   Antrix to sit for its Rule 30(b)(6) deposition.
5

6                                    **II. Order**

7    It is so ordered.

8
     DATED this 21st day of July, 2022.
9

10                                      _____
                                        Thomas S. Zilly
11                                      United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   *RESPONDENT'S STIPULATED MOTION AND ORDER FOR*     **HILLIS CLARK MARTIN & PETERSON P.S.**
     *EXTENSION OF TIME: NO 2:18-CV-01360-TSZ - 3*      999 Third Avenue, Suite 4600
                                                        Seattle, WA  98104
                                                        Tel: (206) 623-1745

1  Dated this 19th day of July, 2022.

2

3  MCNAUL EBEL NAWROT & HELGREN
   PLLC

   HILLIS CLARK MARTIN & PETERSON P.S.

4

5  By   s/ *Malaika M. Eaton*
       Malaika M. Eaton
       One Union Square
6      600 University Street, Suite 2700
7      Seattle, WA 98101

   By   s/ *Brian C. Free*
       Louis D. Peterson, WSBA #5776
       Brian C. Free, WSBA #35788
       999 Third Avenue, Suite 4600
       Seattle, WA  98104
       Tel: (206) 623-1745
8      Fax: (206) 623-7789
   GIBSON, DUNN & CRUTCHER LLP       E-mail:   lou.peterson@hcmp.com
9      Matthew D. Mcgill                          brian.free@hcmp.com
       Ankita Ritwik
10     1050 Connecticut Avenue, N.W.   CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
       Washington, DC 20036
11                                       Joseph D. Pizzurro (*pro hac vice*)
   GIBSON, DUNN & CRUTCHER LLP           Kevin A. Meehan (*pro hac vice*)
12     Anne Champion                     Juan O. Perla (*pro hac vice*)
13     Lee R. Crain                      101 Park Avenue
       200 Park Ave.                     New York, NY  10178
14     New York, NY 10166                Tel: (212) 696-6000
                                         Email :   jpizzurro@curtis.com
15  *Counsel for Intervenors*                     kmeehan@curtis.com
16                                                 jperla@curtis.com

17                                       *Attorneys for Respondent Antrix Corp. Ltd.*

18

19

20

21

22

23

24

25

26

27

28  *RESPONDENT'S STIPULATED MOTION AND ORDER FOR*
    *EXTENSION OF TIME: NO 2:18-CV-01360-TSZ - 4*

    **HILLIS CLARK MARTIN & PETERSON P.S.**
    999 Third Avenue, Suite 4600
    Seattle, WA  98104
    Tel: (206) 623-1745