THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LTD.,<br><br>Petitioner,<br><br>DEVAS MULTIMEDIA AMERICA, INC.; DEVAS EMPLOYEES MAURITIUS PRIVATE LIMITED; TELCOM DEVAS MAURITIUS LIMITED; and CC/DEVAS (MAURITIUS) LTD.,<br><br>Intervenors,<br><br>v.<br><br>ANTRIX CORP. LTD.,<br><br>Respondent. | No. 2:18-cv-01360-TSZ<br><br>**ORDER GRANTING UNOPPOSED MOTION TO COMPEL ACCESS TO THIRD-PARTY DOCUMENT PRODUCTION UNDER LCR 37** |

*ORDER GRANTING UNOPPOSED MOTION TO COMPEL ACCESS TO THIRD-PARTY DOCUMENT PRODUCTION UNDER LCR 37:*
*NO. 2:18-CV-01360-TSZ*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745

Pending before the Court is the unopposed motion of Antrix Corp. Ltd. ("Antrix") for an order compelling non-party SpaceFlight, Inc. ("SpaceFlight") to provide Antrix with access to the documents SpaceFlight produced in response to the subpoena served by Devas Multimedia America, Inc., CC/Devas (Mauritius) Ltd., Devas Employees Mauritius Private Limited, and Telecom Devas Mauritius Limited (the "Intervenors").

The motion, docket no. 187, is **GRANTED**. Accordingly, it is hereby **ORDERED** that

1. SpaceFlight shall provide Antrix with access to the documents SpaceFlight produced in response to Intervenors' subpoena, notwithstanding SpaceFlight's confidentiality provisions with NewSpace India Limited ("NewSpace").

**SO ORDERED** this 26th day of August, 2022.

Thomas S. Zilly
United States District Judge

*ORDER GRANTING UNOPPOSED MOTION TO COMPEL ACCESS TO THIRD-PARTY DOCUMENT PRODUCTION UNDER LCR 37:*
*NO 2:18-CV-01360-TSZ - 1*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745

Presented by:

HILLIS CLARK MARTIN & PETERSON P.S.

*s/Brian Free*
Brian C. Free, WSBA #35788
Louis D. Peterson, WSBA #5776
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Fax: (206) 623-7789
E-mail: lou.peterson@hcmp.com
brian.free@hcmp.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

Joseph D. Pizzurro (*pro hac vice*)
Kevin A. Meehan (*pro hac vice*)
Juan O. Perla (*pro hac vice*)
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Email: jpizzurro@curtis.com
kmeehan@curtis.com
jperla@curtis.com

*Attorneys for Respondent Antrix Corp. Ltd.*

*ORDER GRANTING UNOPPOSED MOTION TO COMPEL ACCESS TO THIRD-PARTY DOCUMENT PRODUCTION UNDER LCR 37:*
*NO 2:18-CV-01360-TSZ - 2*

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745