UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LIMITED, <br><br>　　　　　Petitioner-Appellee, <br><br>CC/DEVAS (MAURITIUS) LIMITED; et al., <br><br>　　　　　Appellees-Intervenors, <br><br>　v. <br><br>ANTRIX CORP. LTD., <br><br>　　　　　Respondent-Appellant. | No. 20-36024 <br><br>D.C. No. 2:18-cv-01360-TSZ <br>Western District of Washington, Seattle <br><br>ORDER |
| DEVAS MULTIMEDIA PRIVATE LIMITED, <br><br>　　　　　Petitioner-Appellant, <br><br>CC/DEVAS (MAURITIUS) LIMITED; et al., <br><br>　　　Intervenor-Plaintiffs-Appellees, <br><br>　v. <br><br>ANTRIX CORP. LTD., <br><br>　　　　　Respondent. | No. 22-35085 <br><br>D.C. No. 2:18-cv-01360-TSZ |

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LIMITED, <br><br> Petitioner, <br><br> and <br><br> CC/DEVAS (MAURITIUS) LIMITED; et al., <br><br> Intervenor-Plaintiffs-Appellees, <br><br> v. <br><br> ANTRIX CORP. LTD., <br><br> Respondent-Appellant. | No. 22-35103 <br><br> D.C. No. 2:18-cv-01360-TSZ |

The deadline for any party to file an optional reply brief is extended by 15 days to November 14, 2025. *See* Dkt. 140. Respondent-Appellant's motion to extend time to file reply brief (Dkt. 156) and corrected unopposed motion for extension of time to file reply briefs (Dkt. 161) are DENIED as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT