**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

FILED

NOV 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LIMITED, <br><br> Petitioner-Appellee, <br><br> CC/DEVAS (MAURITIUS) LIMITED; et al., <br><br> Appellees-Intervenors, <br><br> v. <br><br> ANTRIX CORP. LTD., <br><br> Respondent-Appellant. | No. 20-36024 <br><br> D.C. No. 2:18-cv-01360-TSZ <br> Western District of Washington, Seattle <br><br> ORDER |
| DEVAS MULTIMEDIA PRIVATE LIMITED, <br><br> Petitioner-Appellant, <br><br> CC/DEVAS (MAURITIUS) LIMITED; et al., <br><br> Intervenor-Plaintiffs-Appellees, <br><br> v. <br><br> ANTRIX CORP. LTD., <br><br> Respondent. | No. 22-35085 <br><br> D.C. No. 2:18-cv-01360-TSZ |

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LIMITED,<br><br>    Petitioner,<br><br>and<br><br>CC/DEVAS (MAURITIUS) LIMITED; et al.,<br><br>    Intervenor-Plaintiffs-Appellees,<br><br>v.<br><br>ANTRIX CORP. LTD.,<br><br>    Respondent-Appellant. | No. 22-35103<br><br>D.C. No. 2:18-cv-01360-TSZ |

Before: MILLER and KOH, Circuit Judges, and MOLLOY,[*] District Judge.

Appellant's motion to expand the word limit in the court's August 25, 2025 order (Dkt. No. 140) by 1,358 words (Dkt. No 108) is granted.

---

    [*] The Honorable Donald W. Molloy, United States District Judge for the District of Montana, sitting by designation.