UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DEVAS MULTIMEDIA PRIVATE LTD.,

Plaintiff,

v.

ANTRIX CORP. LTD.,

Defendant.

C18-1360 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are hereby DIRECTED to meet and confer and file a Joint Status Report by December 4, 2026. The status report shall propose a schedule for Antrix to file a Rule 60(b) motion or a motion to reopen to hear additional proof to determine whether "the Indian courts' set aside of the Award renders the Award unenforceable as a matter of law." *See* Memorandum from U.S.C.A. filed August 12, 2026 (docket no. 236).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of November, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk